# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Caleb Michael Pitt, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:22-cv-00108-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Fishbach, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 30, 2022 Order.

August 31, 2022

_Frank G. John_

Frank G. Johns, Clerk
United States District Court